**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Action No.  13-cv-02223-REB-KMT

NANCY DIAZ RODRIGUEZ, and
JAVIER PIMENTEL,

    Plaintiffs,

v.

JOHN LUNA,
LETICIA JAEL RODRIGUEZ CISNEROS, and
AZTECA RANCH MARKET #3, INC.,

    Defendants.

---

**MINUTE ORDER**[1]

---

    The matter is before the court on defendants' **Second _Unopposed_ Motion To Continue and Reset Pre-Trial Conference** [#63][2] filed August 1, 2014.  After reviewing the motion and the record, the court has concluded that the motion should be granted.

    **THEREFORE, IT IS ORDERED** as follows:

    1.  That defendants' **Second _Unopposed_ Motion To Continue and Reset Pre-Trial Conference** [#63] filed August 1, 2014, is **GRANTED**;

    2.  That the Final Pretrial and Trial Preparation Conferences set August 8, 2014, are **VACATED** and are **CONTINUED** pending further order of court;

    3.  That on **August 8, 2014**, commencing at 10:00 a.m., the court shall conduct a telephonic setting conference to reset the Final Pretrial and Trial Preparation Conferences; and

---

[1] This minute order is issued pursuant to the express authority of the Honorable Robert E. Blackburn, United States District Judge for the District of Colorado.

[2] "[#63]" is an example of the convention I use to identify the docket number assigned to a specific paper by the court's case management and electronic case filing system (CM/ECF).  I use this convention throughout this order.

      4.  That counsel for the defendants shall arrange, initiate, and coordinate the conference call to Judge Blackburn's Chambers, at 303-335-2350, necessary to facilitate the setting conference.

      Dated: August 6, 2014