**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Action No. 13-cv-02223-REB-KMT

NANCY DIAZ RODRIGUEZ, and
JAVIER PIMENTEL,

      Plaintiffs,

v.

JOHN LUNA,
LETICIA JAEL RODRIGUEZ CISNEROS, and
AZTECA RANCH MARKET #3, INC.,

      Defendants.

## ORDER APPROVING JUROR QUESTIONNAIRE

**Blackburn, J.**

      The attached **Juror Questionnaire** is approved for use in the trial of this case.

      **THEREFORE, IT IS ORDERED** that a copy of the attached **Juror Questionnaire** shall be given to and completed by each prospective juror reporting for service in the trial of this case.

      Dated August 5, 2014, at Denver, Colorado.

                              **BY THE COURT:**

                              */s/ Robert E. Blackburn*
                              Robert E. Blackburn
                              United States District Judge